# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151288

NEW PRODUCTS CORPORATION,
        Plaintiff/Counter
        Defendant-Appellant,

v

HARBOR SHORES BHBT LAND
DEVELOPMENT, LLC,
        Defendant/Counter-Plaintiff/
        Third-Party Plaintiff-Appellee,
and

HARBOR SHORES GOLF COURSE, LLC,
        Defendant/Counter
        Plaintiff-Appellee,
and

WHIRLPOOL CORPORATION, MICHIGAN
MAGNET FUND E, LLC, CITY OF BENTON
HARBOR, and HORIZON BANK,
        Defendants-Appellees,
and

BENTON CHARTER TOWNSHIP and
HORIZON BANCORP,
        Defendants,
and

LARRY ALLEN HEALD and HEIDI HEALD,
        Third-Party Defendants.

SC: 151288
COA: 317309
Berrien CC: 2011-000280-CH

_____/

        On order of the Court, the application for leave to appeal the December 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



s1118

Clerk